UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLAND McSWAIN , <br><br> Plaintiff, <br><br> -against - <br><br> GC SERVICES LIMITED PARTNERSHIP, <br><br> Defendant. | Civil Action No. 2:15-cv-01794-WB <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

  *COME NOW* Plaintiff, Holland McSwain, and Defendant, GC Services Limited Partnership ("GC Services"), by their respective undersigned counsel, in the above-titled action, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims in this action against GC Services are dismissed, on the merits, *with prejudice* and without costs to either party.

Dated: July 7, 2015

| | |
|---|---|
| */s/ Michael A. Siddons* | */s/ Theresa L. Concepcion* |
| Michael Alan Siddons | Theresa L. Concepcion |
| The Law Office of Michael Alan Siddons, Esq. | Hinshaw & Culbertson LLP |
| 230 North Monroe Street | 800 Third Avenue, 13th Floor |
| P. O. Box 403 | New York, New York 10022 |
| Media, PA 19063 | (212) 471-6238 telephone |
| (610) 255-7500 | (212) 935-1166 facsimile |
| e-Mail:  msiddons@siddonslaw.com | e-Mail:  tconcepcion@hinshawlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |