**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HOLLAND MCSWAIN,** <br>       **Plaintiff,** <br><br> v. <br><br> **GC SERVICES LIMITED PARTNERSHIP,** <br>       **Defendant.** | **CIVIL ACTION** <br><br><br><br> **NO. 15-1794** |

## O R D E R

**AND NOW**, this 7th day of July, 2015, **IT IS ORDERED** that defendant, GC Limited Partnership, shall comply with Federal Rule of Civil Procedure 7.1 (the filing of a disclosure statement) on or before July 28, 2015.

                                                     **BY THE COURT:**

                                                     **/S/WENDY BEETLESTONE, J.**

                                                     _____

                                                     **WENDY BEETLESTONE, J.**